# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYPTOPEAK SECURITY, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>CABELA'S, INC.,<br><br>            Defendant. | **Civil Action No. 1:17-cv-739-LPS-CJB**<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims asserted by the parties in the above-captioned action is hereby dismissed without prejudice, by agreement of the parties, pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs, expenses and attorneys' fees.

DATED: December 8, 2017

| DEVLIN LAW FIRM LLC | FISH & RICHARDSON P.C |
|---|---|
| /s/ *Timothy Devlin* | /s/ *Jeremy D. Anderson* |
| Timothy Devlin (No. 4241) | Jeremy D. Anderson (#4515) |
| James A. Lennon (No. 4570) | 222 Delaware Avenue, 17th Floor |
| 1306 N. Broom Street, 1st Floor | P. O. Box 1114 |
| Wilmington, DE 19806 | Wilmington, DE 19899-1114 |
| (302) 449-9010 | (302) 652-5070 - Telephone |
| tdevlin@devlinlawfirm.com | janderson@fr.com |
| | |
| *Attorneys for Plaintiff* | Neil J. McNabnay |
| *CryptoPeak Security, LLC* | David B. Conrad |
| | Ricardo J. Bonilla |
| | Michael R. Ellis |
| | 1717 Main Street, Suite 5000 |
| | Dallas, Texas 75201 |
| | (214) 747-5070 - Telephone |
| | mcnabnay@fr.com |
| | conrad@fr.com |
| | rbonilla@fr.com |
| | ellis@fr.com |
| | |
| | *Attorneys for Defendant* |
| | *Cabela's, Inc.* |

**SO ORDERED THIS** \_\_\_\_ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

                                                                        */s/ Timothy Devlin*
                                                                         Timothy Devlin